AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**DOMINGO F. STEVENSON**

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ____**JANUARY 11, 2006**____ in ____**WASHINGTON**____ county, in the

_____ District of ____**COLUMBIA**____ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess  with intent to distribute 100 or more marijuana plants, Schedule I controlled substance.

in violation of Title ____**21**____ United States Code, Section(s) ____**841(a)(1) and 841(b)(1)(B)(vii)**____ .

I further state that I am ____**SPECIAL AGENT JOSHUA GREEN**____ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

_____
Signature of Complainant
**SPECIAL AGENT JOSHUA GREEN**
**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES**

Sworn to before me and subscribed in my presence,

_____    at    ____**Washington, D.C.**____
**Date**                                                   **City and State**

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**