**STATEMENT OF FACTS**

     On Wednesday, January 11, 2006, at about 10:15 a.m., members of the ATF-HIDTA Task Force executed a D.C. Superior Court search warrant at xxxx Xxxxxx Xxxxxx, X.X., Washington, D.C. Once agents gained entry, they could immediately smell the odor of marijuana. Agents found the defendant, Domingo Stevenson, on the stairs leading to the upper level of the house. A search of the basement revealed over 200 marijuana plants growing under large lights in individual containers with soil, fertilizers, and electrical components associated with the cultivation of the plants. Recovered from the bedroom was a U.S. passport in the defendants name and his picture, 46 rounds of 410 gauge shotgun shells, a clear bag containing marijuana, a loaded Beretta .25 caliber handgun, books on marijuana growing operations, hand written notes regarding marijuana cultivation along with documents in the name of Domingo Stevenson. Recovered from the attic was a loaded Beretta 9mm caliber pistol. Recovered from the kitchen were numerous clear plastic bags that are commonly used to package and sell marijuana. Outside of the residence it was determined that the electrical meter was illegally reconnected. The meter was seized. Agents placed the defendant under arrest. A portion of the suspected marijuana field tested positive for THC.

                      SPECIAL AGENT JOSHUA GREEN
                      BUREAU OF ALCOHOL, TOBACCO,
                      FIREARMS, AND EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF JANUARY, 2006.

                      U.S. MAGISTRATE JUDGE