AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

DOMINGO STEVENSON

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-015M

I, __DOMINGO STEVENSON__, charged in a (complaint) ~~(petition)~~ pending in this District with __POSSESSION WITH INTENT TO DISTRIBUTE 100 OR MORE MARIJUANA PLANTS__ in violation of Title __21__, U.S.C., __841(a)(1) AND 841(b)(1)(B)(vii)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ~~(examination)~~ (hearing), do hereby waive (give up) my right to a preliminary ~~(examination)~~ (hearing).

_(signature)_
Defendant

_(signature)_
Counsel for Defendant

1/13/06
Date