CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-019M
)
)
DOMINGO STEVENSON )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☑ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

MICHAEL STARR   461-773
(Attorney & Bar ID Number)

SCHERTLER + ONORATO
(Firm Name)

1140 CONNECTICUT AVE. NW   SUITE 1140
(Street Address)

WASHINGTON    DC    20036
(City)    (State)    (Zip)

202-628-4199
(Telephone Number)